# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

In re: LAZIER, RICHARD M § Case No. 14-82299
      LAZIER, JENNIFER M § 
  §
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 25, 2014. The undersigned trustee was appointed on July 25, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $      29,112.88

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 704.00 |
| Bank service fees | 246.44 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 2,700.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 25,462.44 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (05/1/2011)

6. The deadline for filing government claims in this case was 01/28/2015 and the deadline for filing governmental claims was 01/28/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,121.29. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,121.29, for a total compensation of $3,121.29.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $31.41, for total expenses of $31.41.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/24/2015          By: /s/MEGAN G. HEEG
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-82299  
**Case Name:** LAZIER, RICHARD M  
　　　　　　　LAZIER, JENNIFER M  
**Period Ending:** 08/24/15  

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 07/25/14 (f)  
**§341(a) Meeting Date:** 08/28/14  
**Claims Bar Date:** 01/28/15  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  Single Family Residence 1010 Noelle Bend, Lake i<br>　Orig. Asset Memo: Orig. Description: Single Family Residence 1010 Noelle Bend, Lake in the Hills, IL 60156., House foreclosed. Judgment entered 12/12/13;, Sheriff's sale approved & possession entered on; Imported from original petition Doc# 1 | 93,603.99 | 14,122.88 | | 14,112.88 | FA |
| 2  Home State Bank Savings Account<br>　Orig. Asset Memo: Orig. Description: Home State Bank Savings Account; (xxx7120) ( W) Imported from Amended Doc#: 16 | 200.00 | 0.00 | | 0.00 | FA |
| 3  Home State Bank Checking Account<br>　Orig. Asset Memo: Orig. Description: Home State Bank Checking Account; (XXX4406) (w) Imported from Amended Doc#: 16 | 150.00 | 0.00 | | 0.00 | FA |
| 4  Woodforest Bank Checking Account<br>　Orig. Asset Memo: Orig. Description: Woodforest Bank Checking Account  (XXXO665) (h) ; Imported from Amended Doc#: 16 | 1,000.00 | 0.00 | | 0.00 | FA |
| 5  Household goods & furnishings<br>　Orig. Asset Memo: Orig. Description: Household goods & furnishings; Imported from Amended Doc#: 16 | 1,000.00 | 0.00 | | 0.00 | FA |
| 6  Household goods & furnishings<br>　Orig. Asset Memo: Orig. Description: Household goods & furnishings; Imported from Amended Doc#: 16 | 2,000.00 | 0.00 | | 0.00 | FA |
| 7  Books<br>　Orig. Asset Memo: Orig. Description: Books; Imported from Amended Doc#: 16 | 100.00 | 0.00 | | 0.00 | FA |
| 8  Clothing<br>　Orig. Asset Memo: Orig. Description: Clothing; Imported from Amended Doc#: 16 | 50.00 | 0.00 | | 0.00 | FA |
| 9  Clothing<br>　Orig. Asset Memo: Orig. Description: Clothing; Imported from Amended Doc#: 16 | 50.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 14-82299 | Trustee: | (330490) MEGAN G. HEEG |
|---|---|---|---|
| Case Name: | LAZIER, RICHARD M | Filed (f) or Converted (c): | 07/25/14 (f) |
| | LAZIER, JENNIFER M | §341(a) Meeting Date: | 08/28/14 |
| Period Ending: | 08/24/15 | Claims Bar Date: | 01/28/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10  100% Owner of S-Corp, Harbor Light Communication   Orig. Asset Memo: Orig. Description: 100% Owner of S-Corp, Harbor Light Communications, Inc. (consulting for technical writing); Imported from Amended Doc#: 16 | 0.00 | 0.00 | | 0.00 | FA |
| 11  Invoice sent out in July 2014   Orig. Asset Memo: Orig. Description: Invoice sent out in July 2014; Imported from Amended Doc#: 16 | 12,300.00 | 12,300.00 | | 12,300.00 | FA |
| 12  2004 Jeep Liberty with 154,000 miles. Kelly Blue   Orig. Asset Memo: Orig. Description: 2004 Jeep Liberty with 154,000 miles. Kelly Blue Book value is $3,000; Imported from Amended Doc#: 16 | 3,000.00 | 0.00 | | 0.00 | FA |
| 13  2004 Volkswagon Jetta (Debtor is co-owner on tit (u)   Orig. Asset Memo: Orig. Description: 2004 Volkswagon Jetta (Debtor is co-owner on title of; Imported from Amended Doc#: 16 | 3,910.00 | 0.00 | | 0.00 | FA |
| 14  S-Corp, Harbor Light Communications, Inc.; offic   Orig. Asset Memo: Orig. Description: S-Corp, Harbor Light Communications, Inc.; office equipment value $1,305.00; office furniture value $310; office computer software value $845; Imported from Amended Doc#: 16 | 2,460.00 | 0.00 | | 0.00 | FA |
| 14   Assets   Totals (Excluding unknown values) | $119,823.99 | $26,422.88 | | $26,412.88 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):   June 30, 2015          Current Projected Date Of Final Report (TFR):   July 28, 2015 (Actual)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 14-82299 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | LAZIER, RICHARD M | | Bank Name: | Rabobank, N.A. |
| | LAZIER, JENNIFER M | | Account: | ******6166 - Checking Account |
| Taxpayer ID #: | **-***2745 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 08/24/15 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/15/14 | | Katherine M. Keefe | Mortgage foreclosure surplus was turned over per State court Order dated 12/8/14 | | 29,112.88 | | 29,112.88 |
| | {11} | | A/R reimbursement out       12,300.00<br>of homestead proceeds<br>(Debtor failed to turnover<br>assets 11 so he allowed<br>Estate to keep $12,300<br>of his homestead<br>exemption claim<br>($15,000), with the net<br>homestead exemption<br>claim ($2,700) paid to<br>Debtor | 1129-000 | | | 29,112.88 |
| | {1} | | 14,112.88 | 1110-000 | | | 29,112.88 |
| | | | 2,700.00 | 1180-002 | | | 29,112.88 |
| 12/30/14 | 101 | Richard Lazier | Debtor was paid his net homestead exemption after deduction of $12,300, which $12,300 was applied to asset 11, per debtor's written offer of 12/10/14 | 8100-002 | | 2,700.00 | 26,412.88 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.54 | 26,393.34 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.73 | 26,354.61 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.37 | 26,319.24 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.37 | 26,278.87 |
| 04/24/15 | 102 | US Treasury | taxes | 2820-000 | | 202.00 | 26,076.87 |
| 04/24/15 | 103 | Illinois Department of Revenue | taxes | 2810-000 | | 502.00 | 25,574.87 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.79 | 25,537.08 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.52 | 25,501.56 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.12 | 25,462.44 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.84 | 25,424.60 |
| 08/12/15 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -37.84 | 25,462.44 |
| | | | ACCOUNT TOTALS | | 29,112.88 | 3,650.44 | $25,462.44 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 29,112.88 | 3,650.44 | |
| | | | Less: Payments to Debtors | | | 2,700.00 | |
| | | | NET Receipts / Disbursements | | $29,112.88 | $950.44 | |

{} Asset reference(s)    Printed: 08/24/2015 03:51 PM    V.13.25

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 14-82299 | Trustee: | MEGAN G. HEEG (330490) |
| --- | --- | --- | --- |
| Case Name: | LAZIER, RICHARD M | Bank Name: | Rabobank, N.A. |
| | LAZIER, JENNIFER M | Account: | ******6166 - Checking Account |
| Taxpayer ID #: | **-***2745 | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 08/24/15 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

| | | | TOTAL - ALL ACCOUNTS | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Checking # ******6166 | | 29,112.88 | 950.44 | 25,462.44 |
| | | | | | $29,112.88 | $950.44 | $25,462.44 |

{} Asset reference(s)

Printed: 08/24/2015 03:51 PM    V.13.25

# Exhibit C CLAIMS PROPOSED DISTRIBUTION

## Case: 14-82299   LAZIER, RICHARD M

| Case Balance: | $25,462.44 | Total Proposed Payment: | $25,462.44 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | CitiMortgage Inc. | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25,462.44 |
| | Carl C. Swanson, CPA <3410-00 Accountant for Trustee Fees (Other Firm)> | Admin Ch. 7 | 1,738.00 | 1,738.00 | 0.00 | 1,738.00 | 1,738.00 | 23,724.44 |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 240.35 | 240.35 | 0.00 | 240.35 | 240.35 | 23,484.09 |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 3,300.00 | 3,300.00 | 0.00 | 3,300.00 | 3,300.00 | 20,184.09 |
| | MEGAN G. HEEG <2200-00 Trustee Expenses> | Admin Ch. 7 | 31.41 | 31.41 | 0.00 | 31.41 | 31.41 | 20,152.68 |
| | MEGAN G. HEEG <2100-00 Trustee Compensation> | Admin Ch. 7 | 3,121.29 | 3,121.29 | 0.00 | 3,121.29 | 3,121.29 | 17,031.39 |
| 1P | IRS Dept of Treasury | Priority | 16,261.62 | 16,261.62 | 0.00 | 16,261.62 | 13,971.99 | 3,059.40 |
| 3P | Illinois Department of Revenue | Priority | 3,560.75 | 3,560.75 | 0.00 | 3,560.75 | 3,059.40 | 0.00 |
| NOTFILED | NCO Financial Systems, Inc | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1U | IRS Dept of Treasury | Unsecured | 3,617.70 | 3,617.70 | 0.00 | 3,617.70 | 0.00 | 0.00 |
| 2 | Wells Fargo Bank N A | Unsecured | 5,061.87 | 5,061.87 | 0.00 | 5,061.87 | 0.00 | 0.00 |
| 3U | Illinois Department of Revenue | Unsecured | 511.60 | 511.60 | 0.00 | 511.60 | 0.00 | 0.00 |
| 4 | Capital One Bank (USA), N.A. | Unsecured | 24,951.86 | 24,951.86 | 0.00 | 24,951.86 | 0.00 | 0.00 |
| 5 | American InfoSource LP as agent for | Unsecured | 774.16 | 774.16 | 0.00 | 774.16 | 0.00 | 0.00 |
| 6 | Portfolio Recovery Associates, LLC | Unsecured | 1,548.01 | 1,548.01 | 0.00 | 1,548.01 | 0.00 | 0.00 |
| NOTFILED | ARS National Services, Inc | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Attorney Brent Haydon Attorney for H&R Accounts, Inc | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | BMO Harris Bank N.A. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Brennan Counseling, PC Quinn Brennan MA LCPC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Chase Auto Finance National Recovery Group | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Credit Management Company | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Exhibit C CLAIMS PROPOSED DISTRIBUTION

### Case: 14-82299   LAZIER, RICHARD M

| Case Balance: | $25,462.44 | Total Proposed Payment: | $25,462.44 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | Darrell L. Nicks, Psy.D | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Equifax | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Equifax | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Experian | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Experian | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Fedloan Servicing Credit | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Focus Receivables Management LLC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Freedman Anselmo Lindberg & Rappe LLC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Genesis Clinical Services | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | H&R Accounts | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Illinois Dept of Human Services Case Management Unit | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Jay K. Levy & Assoicates | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Transunion | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Transunion | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total for Case 14-82299 : | | $64,718.62 | $64,718.62 | $0.00 | $64,718.62 | $25,462.44 | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $8,431.05 | $8,431.05 | $0.00 | $8,431.05 | 100.000000% |
| Total Priority Claims : | $19,822.37 | $19,822.37 | $0.00 | $17,031.39 | 85.920049% |
| Total Secured Claims : | $0.00 | $0.00 | $0.00 | $0.00 | 0.000000% |
| Total Unsecured Claims : | $36,465.20 | $36,465.20 | $0.00 | $0.00 | 0.000000% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-82299
Case Name: LAZIER, RICHARD M
Trustee Name: MEGAN G. HEEG

**Balance on hand:** $ 25,462.44

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 25,462.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 3,121.29 | 0.00 | 3,121.29 |
| Trustee, Expenses - MEGAN G. HEEG | 31.41 | 0.00 | 31.41 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 3,300.00 | 0.00 | 3,300.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 240.35 | 0.00 | 240.35 |
| Accountant for Trustee, Fees - Carl C. Swanson, CPA | 1,738.00 | 0.00 | 1,738.00 |

Total to be paid for chapter 7 administration expenses: $ 8,431.05
Remaining balance: $ 17,031.39

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 17,031.39

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $19,822.37 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | IRS Dept of Treasury | 16,261.62 | 0.00 | 13,971.99 |
| 3P | Illinois Department of Revenue | 3,560.75 | 0.00 | 3,059.40 |

Total to be paid for priority claims: $ 17,031.39
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,465.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | IRS Dept of Treasury | 3,617.70 | 0.00 | 0.00 |
| 2 | Wells Fargo Bank N A | 5,061.87 | 0.00 | 0.00 |
| 3U | Illinois Department of Revenue | 511.60 | 0.00 | 0.00 |
| 4 | Capital One Bank (USA), N.A. | 24,951.86 | 0.00 | 0.00 |
| 5 | American InfoSource LP as agent for | 774.16 | 0.00 | 0.00 |
| 6 | Portfolio Recovery Associates, LLC | 1,548.01 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-TFR (05/1/2011)