UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | |
|---|---|
| In re: LAZIER, RICHARD M<br>LAZIER, JENNIFER M<br><br>Debtor(s) | § Case No. 14-82299<br>§<br>§<br>§ |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 10/14/2015 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Dated: 07/28/2015   By: /s/MEGAN G. HEEG
                          Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: LAZIER, RICHARD M | § | Case No. 14-82299 |
| LAZIER, JENNIFER M | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 26,412.88 |
| *and approved disbursements of* | $ 950.44 |
| *leaving a balance on hand of* [1] | $ 25,462.44 |

**Balance on hand:** $ 25,462.44

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 25,462.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 3,121.29 | 0.00 | 3,121.29 |
| Trustee, Expenses - MEGAN G. HEEG | 31.41 | 0.00 | 31.41 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 3,300.00 | 0.00 | 3,300.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 240.35 | 0.00 | 240.35 |
| Accountant for Trustee, Fees - Carl C. Swanson, CPA | 1,738.00 | 0.00 | 1,738.00 |

Total to be paid for chapter 7 administration expenses: $ 8,431.05
Remaining balance: $ 17,031.39

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 17,031.39 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $19,822.37 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | IRS Dept of Treasury | 16,261.62 | 0.00 | 13,971.99 |
| 3P | Illinois Department of Revenue | 3,560.75 | 0.00 | 3,059.40 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 17,031.39 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,465.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | IRS Dept of Treasury | 3,617.70 | 0.00 | 0.00 |
| 2 | Wells Fargo Bank N A | 5,061.87 | 0.00 | 0.00 |
| 3U | Illinois Department of Revenue | 511.60 | 0.00 | 0.00 |
| 4 | Capital One Bank (USA), N.A. | 24,951.86 | 0.00 | 0.00 |
| 5 | American InfoSource LP as agent for | 774.16 | 0.00 | 0.00 |
| 6 | Portfolio Recovery Associates, LLC | 1,548.01 | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Prepared By: /s/MEGAN G. HEEG
                          Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                              Case No. 14-82299-TML
Richard M Lazier                                                    Chapter 7
Jennifer M Lazier
          Debtors                   CERTIFICATE OF NOTICE
District/off: 0752-3          User: vgossett              Page 1 of 2                  Date Rcvd: Sep 09, 2015
                              Form ID: pdf006             Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2015.
db           #+Richard M Lazier,    1010 Noelle Bend,    Lake in the Hills, IL 60156-5654
jdb           +Jennifer M Lazier,    3606 S. Country Club Rd., Apt. 3,    Woodstock, IL 60098-8020
22201755      +ARS National Services, Inc,    PO BOX 463023,    Escondido, CA 92046-3023
22831947       American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                Los Angeles, CA 90051-5478
22201756      +Attorney Brent Haydon,    Attorney for H&R Accounts, Inc,    7017 John Deere Pkwy,
                Moline, IL 61265-8072
22201759      +BMO Harris Bank N.A.,    PO Box 6201,    Carol Stream, IL 60197-6201
22201757      +Beau and Nancy Kimball,    3606 S. Country Club Road,    Woodstock, IL 60098-8020
22201760       Brennan Counseling, PC,    Quinn Brennan MA LCPC,    1750 N. Randall Rd, Suite 250,
                Fox River Grove, IL 60021
22201762      +CBE Group,   1309 Technology Pkwy,     Cedar Falls, IA 50613-6976
22201761      +Capital One,   PO BOX 30281,    Salt Lake City, UT 84130-0281
22791097       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
22201764      +CitiMortgage Inc.,    PO BOX 6243,    Sioux Falls, SD 57117-6243
22201766      +Darrell L. Nicks, Psy.D,    114 Cary Street,    Cary, IL 60013-2706
22201767      +Equifax,   ATTN: Bankruptcy Dept,     PO Box 740241,    Atlanta, GA 30374-0241
22201768      +Experian,   ATTN: Bankruptcy Dept,     PO Box 2002,    Allen, TX 75013-2002
22201770     ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
             (address filed with court: Focus Receivables Management LLC,    1130 Northchase Pkwy, Suite 150,
                Marietta, GA 30067)
22201769      +Fedloan Servicing Credit,    PO BOX 60610,    Harrisburg, PA 17106-0610
22201771      +Freedman Anselmo Lindberg & Rappe LLC,    PO BOX 3228,    Naperville, IL 60566-3228
22201772      +Genesis Clinical Services,    1725 S Naperville Road, Suite 206,    Wheaton, IL 60189-5855
22201773      +H&R Accounts,    4950 38th Ave.,   Moline, IL 61265-6763
22201774      +Illinois Dept of Human Services,    Case Management Unit,    PO BOX 19407,
                Springfield, IL 62794-9407
22201777      +Jay K. Levy & Assoicates,    155 Revere Drive, Suite 2,    Northbrook, IL 60062-1558
22201778      +Megan Lazier (debtor's daughter),    62 Summer Street,    Unit 2,   Plymouth, MA 02360-3457
22201780     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Assoc,    Riverside Commerce Center,
                120 Corporate Blvd Ste 100,    Norfolk, VA 23502)
22845299     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,
                Successor to GENERAL ELECTRIC CAPITAL CO,    POB 41067,    Norfolk, VA 23541))
22201781      +Transunion,   ATTN: Bankruptcy Dept,    PO Box 1000,    Chester, PA 19016-1000
22660541      +Wells Fargo Bank  N A,    Wells Fargo Education Financial Services,    301 E 58th Street N,
                Sioux Falls  SD 57104-0422
22201782      +Wells Fargo EFS,    PO BOX 84712,    Sioux Falls, SD 57118-4712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22201758      +E-mail/Text: mmeyers@blittandgaines.com Sep 10 2015 01:24:07     Blitt & Gaines PC,
                661 Glenn Ave.,    Wheeling, IL 60090-6017
22201763      +E-mail/Text: bk.notifications@jpmchase.com Sep 10 2015 01:23:24     Chase Auto Finance,
                National Recovery Group,    PO BOX 29505,    Phoenix, AZ 85038-9505
22201765      +E-mail/Text: hariasdiaz@creditmanagementcompany.com Sep 10 2015 01:23:48
                Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
22201775       E-mail/Text: rev.bankruptcy@illinois.gov Sep 10 2015 01:23:31     Illinois Dept. of Revenue,
                Bankruptcy Section, Level 7-425,    100 W. Randolph Street,    Chicago, IL 60606
22201776      +E-mail/Text: cio.bncmail@irs.gov Sep 10 2015 01:23:13     IRS Dept of Treasury,
                Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
22697325       E-mail/Text: rev.bankruptcy@illinois.gov Sep 10 2015 01:23:31
                Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                Chicago, Illinois 60664-0338
22201779      +E-mail/Text: egssupportservices@egscorp.com Sep 10 2015 01:23:42     NCO Financial Systems, Inc,
                600 Holiday Plaza Drive Ste 300,    Matteson, IL 60443-2238
22201780       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 10 2015 01:27:34
                Portfolio Recovery Assoc,    Riverside Commerce Center,    120 Corporate Blvd Ste 100,
                Norfolk, VA 23502
22845299       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 10 2015 01:27:50
                Portfolio Recovery Associates, LLC,    Successor to GENERAL ELECTRIC CAPITAL CO,    POB 41067,
                Norfolk, VA 23541)
22882504       E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2015 01:13:40     Synchrony Bank,
                c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3          User: vgossett              Page 2 of 2                  Date Rcvd: Sep 09, 2015
                              Form ID: pdf006             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2015 at the address(es) listed below:
          Lauren   Kukoff    on behalf of Interested Party    American Homes 4 Rent Properties Ten, LLC
           llukoff@dlec.com
          Megan G Heeg    on behalf of Accountant Carl   Swanson heeg@egblc.com,  IL55@ecfcbis.com
          Megan G Heeg    heeg@egblc.com,  IL55@ecfcbis.com
          Megan G Heeg    on behalf of Trustee Megan G Heeg heeg@egblc.com,  IL55@ecfcbis.com
          Melissa J Sedlacek    on behalf of Debtor Richard M Lazier melissawagnerjd@yahoo.com
          Melissa J Sedlacek    on behalf of Joint Debtor Jennifer M Lazier melissawagnerjd@yahoo.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 7
```