**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION**

In re: LAZIER, RICHARD M  § Case No. 14-82299
       LAZIER, JENNIFER M  §
                          §
Debtor(s)                 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $13,920.00                    Assets Exempt: $25,998.53
*(without deducting any secured claims)*

Total Distribution to Claimants: $17,031.39     Claims Discharged
                                                Without Payment: $211,477.82

Total Expenses of Administration: $9,381.49

3) Total gross receipts of $ 29,112.88 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,700.00 (see **Exhibit 2**), yielded net receipts of $26,412.88 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $93,603.99 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,381.49 | 9,381.49 | 9,381.49 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 19,026.00 | 19,822.37 | 19,822.37 | 17,031.39 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 178,084.80 | 36,465.20 | 36,465.20 | 0.00 |
| **TOTAL DISBURSEMENTS** | $290,714.79 | $65,669.06 | $65,669.06 | $26,412.88 |

    4) This case was originally filed under Chapter 7 on July 25, 2014. The case was pending for 15 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/12/2015          By: /s/MEGAN G. HEEG
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
|  | 1180-002 | 2,700.00 |
| Single Family Residence 1010 Noelle Bend, Lake i | 1110-000 | 14,112.88 |
| Invoice sent out in July 2014 | 1129-000 | 12,300.00 |
| **TOTAL GROSS RECEIPTS** |  | **$29,112.88** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Richard Lazier | Debtor was paid his net homestead exemption after deduction of $12,300, which $12,300 was applied to asset 11, per debtor's written offer of 12/10/14 | 8100-002 | 2,700.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** |  |  | **$2,700.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | CitiMortgage Inc. | 4110-000 | 93,603.99 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** |  |  | **$93,603.99** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 3,121.29 | 3,121.29 | 3,121.29 |
| MEGAN G. HEEG | 2200-000 | N/A | 31.41 | 31.41 | 31.41 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 3,300.00 | 3,300.00 | 3,300.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 240.35 | 240.35 | 240.35 |
| Carl C. Swanson, CPA | 3410-000 | N/A | 1,738.00 | 1,738.00 | 1,738.00 |
| Rabobank, N.A. | 2600-000 | N/A | 19.54 | 19.54 | 19.54 |
| Rabobank, N.A. | 2600-000 | N/A | 38.73 | 38.73 | 38.73 |
| Rabobank, N.A. | 2600-000 | N/A | 35.37 | 35.37 | 35.37 |
| Rabobank, N.A. | 2600-000 | N/A | 40.37 | 40.37 | 40.37 |
| US Treasury | 2820-000 | N/A | 202.00 | 202.00 | 202.00 |
| Illinois Department of Revenue | 2810-000 | N/A | 502.00 | 502.00 | 502.00 |
| Rabobank, N.A. | 2600-000 | N/A | 37.79 | 37.79 | 37.79 |
| Rabobank, N.A. | 2600-000 | N/A | 35.52 | 35.52 | 35.52 |
| Rabobank, N.A. | 2600-000 | N/A | 39.12 | 39.12 | 39.12 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $9,381.49 | $9,381.49 | $9,381.49 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | IRS Dept of Treasury | 5200-000 | 14,376.00 | 16,261.62 | 16,261.62 | 13,971.99 |
| 3P | Illinois Department of Revenue | 5200-000 | 4,364.00 | 3,560.75 | 3,560.75 | 3,059.40 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | NCO Financial Systems, Inc | 5200-000 | 286.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $19,026.00 | $19,822.37 | $19,822.37 | $17,031.39 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | IRS Dept of Treasury | 7100-000 | N/A | 3,617.70 | 3,617.70 | 0.00 |
| 2 | Wells Fargo Bank N A | 7100-000 | 5,375.00 | 5,061.87 | 5,061.87 | 0.00 |
| 3U | Illinois Department of Revenue | 7100-000 | N/A | 511.60 | 511.60 | 0.00 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | unknown | 24,951.86 | 24,951.86 | 0.00 |
| 5 | American InfoSource LP as agent for | 7100-000 | 774.16 | 774.16 | 774.16 | 0.00 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 1,548.01 | 1,548.01 | 0.00 |
| NOTFILED | Transunion | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Focus Receivables Management LLC | 7100-000 | 186.49 | N/A | N/A | 0.00 |
| NOTFILED | Fedloan Servicing Credit | 7100-000 | 31,097.00 | N/A | N/A | 0.00 |
| NOTFILED | Freedman Anselmo Lindberg & Rappe LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Experian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Genesis Clinical Services | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Dept of Human Services Case Management | 7100-000 | 1,155.00 | N/A | N/A | 0.00 |
| NOTFILED | Transunion | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jay K. Levy & Assoicates | 7100-000 | 792.39 | N/A | N/A | 0.00 |
| NOTFILED | Experian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | H&R Accounts | 7100-000 | 2,013.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Auto Finance National Recovery Group | 7100-000 | 8,428.43 | N/A | N/A | 0.00 |
| NOTFILED | Equifax | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | ARS National Services, Inc | 7100-000 | 5,879.11 | N/A | N/A | 0.00 |
| NOTFILED | Credit Management Company | 7100-000 | 105.41 | N/A | N/A | 0.00 |
| NOTFILED | Darrell L. Nicks, Psy.D | 7100-000 | 6,367.01 | N/A | N/A | 0.00 |
| NOTFILED | BMO Harris Bank N.A. | 7100-000 | 112,748.59 | N/A | N/A | 0.00 |
| NOTFILED | Brennan Counseling, PC Quinn Brennan MA LCPC | 7100-000 | 842.10 | N/A | N/A | 0.00 |
| NOTFILED | Equifax | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Attorney Brent Haydon Attorney for H&R Accounts, | 7100-000 | 2,171.11 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $178,084.80 | $36,465.20 | $36,465.20 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-82299  
**Case Name:** LAZIER, RICHARD M  
               LAZIER, JENNIFER M  
**Period Ending:** 11/12/15

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 07/25/14 (f)  
**§341(a) Meeting Date:** 08/28/14  
**Claims Bar Date:** 01/28/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Single Family Residence 1010 Noelle Bend, Lake i  Orig. Asset Memo: Orig. Description: Single Family Residence 1010 Noelle Bend, Lake in the Hills, IL 60156., House foreclosed. Judgment entered 12/12/13;, Sheriff's sale approved & possession entered on; Imported from original petition Doc# 1 | 93,603.99 | 14,122.88 | | 14,112.88 | FA |
| 2  Home State Bank Savings Account  Orig. Asset Memo: Orig. Description: Home State Bank Savings Account; (xxx7120) ( W) Imported from Amended Doc#: 16 | 200.00 | 0.00 | | 0.00 | FA |
| 3  Home State Bank Checking Account  Orig. Asset Memo: Orig. Description: Home State Bank Checking Account;  (XXX4406) (w) Imported from Amended Doc#: 16 | 150.00 | 0.00 | | 0.00 | FA |
| 4  Woodforest Bank Checking Account  Orig. Asset Memo: Orig. Description: Woodforest Bank Checking Account  (XXXO665) (h) ; Imported from Amended Doc#: 16 | 1,000.00 | 0.00 | | 0.00 | FA |
| 5  Household goods & furnishings  Orig. Asset Memo: Orig. Description: Household goods & furnishings; Imported from Amended Doc#: 16 | 1,000.00 | 0.00 | | 0.00 | FA |
| 6  Household goods & furnishings  Orig. Asset Memo: Orig. Description: Household goods & furnishings; Imported from Amended Doc#: 16 | 2,000.00 | 0.00 | | 0.00 | FA |
| 7  Books  Orig. Asset Memo: Orig. Description: Books; Imported from Amended Doc#: 16 | 100.00 | 0.00 | | 0.00 | FA |
| 8  Clothing  Orig. Asset Memo: Orig. Description: Clothing; Imported from Amended Doc#: 16 | 50.00 | 0.00 | | 0.00 | FA |
| 9  Clothing  Orig. Asset Memo: Orig. Description: Clothing; Imported from Amended Doc#: 16 | 50.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-82299  
**Case Name:** LAZIER, RICHARD M  
LAZIER, JENNIFER M  
**Period Ending:** 11/12/15

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 07/25/14 (f)  
**§341(a) Meeting Date:** 08/28/14  
**Claims Bar Date:** 01/28/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---:|---:|---|---:|---:|
| 10 | 100% Owner of S-Corp, Harbor Light Communication<br>Orig. Asset Memo: Orig. Description: 100% Owner of S-Corp, Harbor Light Communications, Inc. (consulting for technical writing); Imported from Amended Doc#: 16 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Invoice sent out in July 2014<br>Orig. Asset Memo: Orig. Description: Invoice sent out in July 2014; Imported from Amended Doc#: 16 | 12,300.00 | 12,300.00 | | 12,300.00 | FA |
| 12 | 2004 Jeep Liberty with 154,000 miles. Kelly Blue<br>Orig. Asset Memo: Orig. Description: 2004 Jeep Liberty with 154,000 miles. Kelly Blue Book value is $3,000; Imported from Amended Doc#: 16 | 3,000.00 | 0.00 | | 0.00 | FA |
| 13 | 2004 Volkswagon Jetta (Debtor is co-owner on tit  (u)<br>Orig. Asset Memo: Orig. Description: 2004 Volkswagon Jetta (Debtor is co-owner on title of; Imported from Amended Doc#: 16 | 3,910.00 | 0.00 | | 0.00 | FA |
| 14 | S-Corp, Harbor Light Communications, Inc.; offic<br>Orig. Asset Memo: Orig. Description: S-Corp, Harbor Light Communications, Inc.; office equipment value $1,305.00; office furniture value $310; office computer software value $845; Imported from Amended Doc#: 16 | 2,460.00 | 0.00 | | 0.00 | FA |
| 14  Assets  Totals (Excluding unknown values) | **$119,823.99** | **$26,422.88** | | **$26,412.88** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     June 30, 2015          **Current Projected Date Of Final Report (TFR):**     July 28, 2015  (Actual)

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-82299  
**Case Name:** LAZIER, RICHARD M  
LAZIER, JENNIFER M  
**Taxpayer ID #:** **-***2745  
**Period Ending:** 11/12/15  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6166 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/15/14 | | Katherine M. Keefe | Mortgage foreclosure surplus was turned over per State court Order dated 12/8/14 | | 29,112.88 | | 29,112.88 |
| | {11} | | A/R reimbursement out of homestead proceeds (Debtor failed to turnover assets 11 so he allowed Estate to keep $12,300 of his homestead exemption claim ($15,000), with the net homestead exemption claim ($2,700) paid to Debtor        12,300.00 | 1129-000 | | | 29,112.88 |
| | {1} | | 14,112.88 | 1110-000 | | | 29,112.88 |
| | | | 2,700.00 | 1180-002 | | | 29,112.88 |
| 12/30/14 | 101 | Richard Lazier | Debtor was paid his net homestead exemption after deduction of $12,300, which $12,300 was applied to asset 11, per debtor's written offer of 12/10/14 | 8100-002 | | 2,700.00 | 26,412.88 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.54 | 26,393.34 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.73 | 26,354.61 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.37 | 26,319.24 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.37 | 26,278.87 |
| 04/24/15 | 102 | US Treasury | taxes | 2820-000 | | 202.00 | 26,076.87 |
| 04/24/15 | 103 | Illinois Department of Revenue | taxes | 2810-000 | | 502.00 | 25,574.87 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.79 | 25,537.08 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.52 | 25,501.56 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.12 | 25,462.44 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.84 | 25,424.60 |
| 08/12/15 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -37.84 | 25,462.44 |
| 10/15/15 | 104 | Carl C. Swanson, CPA | Dividend paid 100.00% on $1,738.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,738.00 | 23,724.44 |
| 10/15/15 | 105 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $3,300.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,300.00 | 20,424.44 |
| 10/15/15 | 106 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $240.35, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 240.35 | 20,184.09 |
| | | | Subtotals : | | $29,112.88 | $8,928.79 | |

{} Asset reference(s)

Printed: 11/12/2015 04:52 PM     V.13.25

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-82299  
**Case Name:** LAZIER, RICHARD M  
LAZIER, JENNIFER M  
**Taxpayer ID #:** **-***2745  
**Period Ending:** 11/12/15  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6166 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/15/15 | 107 | IRS Dept of Treasury | Dividend paid 85.92% on $16,261.62; Claim# 1P; Filed: $16,261.62; Reference: XXX-XX-2721 | 5200-000 | | 13,971.99 | 6,212.10 |
| 10/15/15 | 108 | Illinois Department of Revenue | Dividend paid 85.92% on $3,560.75; Claim# 3P; Filed: $3,560.75; Reference: XXX-XX-2721 | 5200-000 | | 3,059.40 | 3,152.70 |
| 10/15/15 | 109 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 3,152.70 | 0.00 |
| | | | Dividend paid 100.00%   3,121.29<br>on $3,121.29;  Claim# ;<br>Filed: $3,121.29 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   31.41<br>on $31.41;  Claim# ;<br>Filed: $31.41 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 29,112.88 | 29,112.88 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 29,112.88 | 29,112.88 | |
| | | | Less: Payments to Debtors | | | 2,700.00 | |
| | | | **NET Receipts / Disbursements** | | $29,112.88 | $26,412.88 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******6166** | 29,112.88 | 26,412.88 | 0.00 |
| | $29,112.88 | $26,412.88 | $0.00 |

{} Asset reference(s)

Printed: 11/12/2015 04:52 PM    V.13.25